UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JULIO OTERO #384782** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1332** |
| **STATE OF LOUISIANA** | **SECTION F (1)** |

**MOTION TO WITHDRAW COUNSEL AND TO SUBSTITUTE NEW COUNSEL**

NOW INTO COURT, through the undersigned counsel, comes the respondent, and respectfully moves this Court as follows:

1.

Desirée M. Valenti, who enrolled in the case while an Assistant District Attorney, is currently listed as counsel of record for the respondent, the State of Louisiana.

2.

Ms. Valenti has left the Office of the District Attorney in Jefferson Parish for other employment.

3.

New counsel, Assistant District Attorney Andrea F. Long, has been assigned to represent the respondent in this matter.

4.

The respondent therefore moves that Andrea F. Long be enrolled as counsel of record in lieu of Desirée M. Valenti.

5.

On this date, Andrea F. Long telephoned the Law Office of Donald J. Melancon, LLC., and left a message with a representative of Mr. Melancon regarding the subject matter of the instant motion.

WHEREFORE, the respondent prays that Assistant District Attorney Andrea F. Long be enrolled and substituted as counsel of record for the respondent in the above entitled and numbered matter, and that the name of former counsel of record, Desirée M. Valenti, be deleted.

                Respectfully submitted,

                /s/ Desirée M. Valenti
                DESIRÉE MARIE VALENTI #29464
                DESIRÉE M. VALENTI, ATTORNEY AT LAW
                4840 ITHACA STREET
                METAIRIE, LA 70006
                (504) 368-1020

                /s/ Andrea F. Long
                ANDREA F. LONG #24157
                ASSISTANT DISTRICT ATTORNEY
                200 DERBIGNY STREET
                GRETNA, LOUISIANA   70053
                (504) 368-1020

## CERTIFICATE OF SERVICE

I do hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of a copy of electronic filing to the following:

>Donald Joseph Melancon
>Law Office of Donald J. Melancon, LLC
>123 N. Dorgenois Street, Suite 2000
>New Orleans, LA 70119

this 4th day of February, 2013.

>/s/ Andrea F. Long
>ANDREA F. LONG