UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**JULIO OTERO #384782**                                              **CIVIL ACTION**

**VERSUS**                                                                         **NO. 12-1332**

**STATE OF LOUISIANA**                                            **SECTION F (1)**

### ORDER

Considering Respondent's *Motion to Withdraw Counsel and to Substitute New Counsel*;

**IT IS HEREBY ORDERED** that the respondent's motion be **GRANTED** and that Desirée M. Valenti be withdrawn and deleted as counsel of record for the State of Louisiana and that Andrea F. Long be substituted in her place as lead counsel for the respondent.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
UNITED STATES MAGISTRATE JUDGE