# UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**JULIO OTERO**                                                                **CIVIL ACTION**

**versus**                                                                          **NO. 12-1332**

**STATE OF LOUISIANA**                                             **SECTION: "F" (1)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal petition of **Julio Otero** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of   November   , 2013.

**UNITED STATES DISTRICT JUDGE**